# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DANIEL PEOPLES, JR.,

      Plaintiff,       :      Case No. 3:11-cv-127

                        District Judge Thomas M. Rose
   -vs-                       Magistrate Judge Michael R. Merz

                                :

VEOLIA WATER NORTH AMERICAN
 OPERATING SERVICES, LLC, et al.,

      Defendants.

## ORDER REINSTATING STAY AND WITHDRAWING REPORT AND RECOMMENDATIONS

On April 23, 2012, the undersigned, on Notice that Judge Walter had approved a settlement of the claim made herein in the Plaintiff's pending bankruptcy proceedings, dissolved the stay of these proceedings and recommended that the case be dismissed with prejudice as compromised and settled (Doc. No. 37).

Plaintiff has now objected to that Report, notifying this Court of his appeal of Judge Walter's decision (Objection, Doc. No. 38).  In light of that appeal, the stay of these proceedings is REINSTATED and the Report and Recommendations are WITHDRAWN except for that portion finding Defendants' Motion for Summary Judgment (Doc. No. 22) to be moot.  The parties should notify whichever Judge is assigned the bankruptcy appeal that it is related to this case by filing a related case memorandum.

April 27, 2012.

                                                      s/ **Michael R. Merz**
                                                  United States Magistrate Judge