# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DANIEL PEOPLES, JR.,                :

      Plaintiff,                        Case No. 3:11-cv-127

                                      District Judge Thomas M. Rose
     -vs-                               Magistrate Judge Michael R. Merz

VEOLIA WATER NORTH AMERICAN
 OPERATING SERVICES, LLC, et al.,

      Defendants.                :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS IN PART

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #37), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed to portion of that Report recommending that Defendants' Motion for Summary Judgment be denied as moot and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 10, 2012, hereby ADOPTS said Report and Recommendations.

      It is therefore ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 22) be denied as moot.

May 21, 2012.

                                                                        *s/ THOMAS M. ROSE*
                                                                        U.S. District Judge