# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DANIEL PEOPLES, JR., | : | |
| Plaintiff, | : | Case No. 3:11-cv-127 |
| - vs - | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| VEOLIA WATER NORTH AMERICAN<br>OPERATING SERVICES, LLC, et al., | : | |
| | : | |
| Defendants. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #42), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

It is hereby ORDERED that the complaint is DISMISSED with prejudice as compromised and settled. This case is also TERMINATED on the docket of this Court.

January 23, 2013                              *Thomas M. Rose*

                                    Thomas M. Rose
                                    United States District Judge